UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ELONZA JESSE TYLER, | ) |
| Petitioner, | ) Case No. EDCV 11-1714 MMM (AJW) |
| v. | ) |
| JAMES D. HARTLEY, WARDEN, | ) ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), Supplemental Report and Recommendation and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: May 14, 2012

_____
Margaret M. Morrow
United States District Judge