UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ELONZA JESSE TYLER,<br><br>    Petitioner,<br><br>vs.<br><br>JAMES D. HARTLEY, Warden,<br><br>    Respondent. | Case No. EDCV 11-1714 MMM(AJW)<br><br>JUDGMENT |

**It is hereby adjudged** that petitioner's challenge to his 1997 conviction is dismissed for lack of jurisdiction; petitioner's challenge the execution of his sentence is dismissed as untimely; and petitioner's challenge to the Board's denial of parole is denied.

Dated: May 14, 2012

_____
Margaret M. Morrow
United States District Judge